UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
Indianapolis Division

| | |
|---|---|
| ELISSA V. KAUPISCH, | ) |
| *Plaintiff*, | ) |
| | ) |
| v. | ) Cause No. 1:16-cv-02881-WTL-DKL |
| | ) |
| EQUIFAX INFORMATION SERVICES, LLC, | ) |
| DISCOVER BANK, | ) |
| DEPARTMENT STORES NATIONAL BANK, | ) |
| and CITIBANK NORTH AMERICA, INC., | ) |
| *Defendants*. | ) |

## MOTION TO DISMISS DEFENDANT EQUIFAX INFORMATION SERVICES, INC.

Plaintiff, Elissa V. Kaupisch, by counsel and pursuant to Fed. R. Civ. P. 41(a)(2), hereby moves this court to dismiss Defendant, Equifax Information Services, LLC ("Equifax) from this cause.  In support of said Motion, Plaintiff shows the Court as follows:

1. On October 22, 2016, Plaintiff filed her Complaint against the Defendant, Equifax.

2. Since that date, the parties have reached an informal resolution. Thus, Equifax should be dismissed from this cause.

WHEREFORE, Plaintiff Elissa V. Kaupisch, by counsel and pursuant to Fed. R. Civ. P. 41(a)(2), hereby moves this court to dismiss Defendant Equifax Information Services, LLC from this cause, with prejudice, with Plaintiff's claims against Defendants Discover Bank, Department Stores National Bank and Citibank North America, Inc., remaining open and in full force.

Respectfully submitted,

*/s/ Travis W. Cohron*
Travis W. Cohron, No. 29562-30
**BARKER HANCOCK & COHRON**
198 South Ninth Street
Noblesville, IN 46060
Telephone: (317) 203-3000
tcohron@bhclegal.com
*Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

      I hereby certify that on this 15th day of December, 2016 a copy of the foregoing was filed electronically.  Notice of this filing will be sent to the following counsel of record by operation of the Court's electronic filing system.  Parties may access this filing through the Court's system.

Misty Peterson
KING & SPALDING, LLP
1180 Peachtree Street NE
Atlanta, GA 30309-3521
Email: mpeterson@kslaw.com

Carl A. Greci
Faegre Baker Daniels LLP
202 S. Michigan Street, Suite 1400
South Bend, IN  46601
Email:  carl.greci@faegrebd.com

Elizabeth S. Barnette
14000 Citicards Way
Jacksonville, FL  32258
Elizabeth.s.barnette@citi.com

                                                         /s/ *Travis W. Cohron*
                                                Travis W. Cohron, No. 29562-20

**BARKER HANCOCK & COHRON**
198 South Ninth Street
Noblesville, IN 46060
Telephone: (317) 203-3000
tcohron@bhclegal.com