**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**Indianapolis Division**

| | |
|---|---|
| ELISSA V. KAUPISCH, | ) |
| *Plaintiff*, | ) |
| | ) |
| v. | ) Cause No. 1:16-cv-02881-WTL-DKL |
| | ) |
| EQUIFAX INFORMATION SERVICES, LLC, | ) |
| DISCOVER BANK, | ) |
| DEPARTMENT STORES NATIONAL BANK, | ) |
| and CITIBANK NORTH AMERICA, INC., | ) |
| *Defendants*. | ) |

**MOTION TO DISMISS DEFENDANT DISCOVER BANK**

Plaintiff, Elissa V. Kaupisch, by counsel and pursuant to Fed. R. Civ. P. 41(a)(2), hereby moves this court to dismiss Defendant, Discover Bank ("Discover") from this cause.  In support of said Motion, Plaintiff shows the Court as follows:

1.      On October 22, 2016, Plaintiff filed her Complaint against the Defendant, Discover.

2.      Since that date, the parties have reached an informal resolution and Discover should be dismissed from this cause.

WHEREFORE, Plaintiff Elissa V. Kaupisch, by counsel and pursuant to Fed. R. Civ. P. 41(a)(2), hereby moves this court to dismiss Defendant Discover Bank from this cause, with prejudice, with Plaintiff's claims against Defendants Department Stores National Bank and Citibank North America, Inc., remaining open and in full force.

Respectfully submitted,

/s/ Travis W. Cohron
Travis W. Cohron, No. 29562-30
**BARKER HANCOCK & COHRON**
198 South Ninth Street
Noblesville, IN 46060
Telephone: (317) 203-3000
tcohron@bhclegal.com
***Counsel for Plaintiff***

## CERTIFICATE OF SERVICE

I hereby certify that on this 4th day of January, 2017, a copy of the foregoing was filed electronically.  Notice of this filing will be sent to the following counsel of record by operation of the Court's electronic filing system.  Parties may access this filing through the Court's system.

Misty Peterson
KING & SPALDING, LLP
1180 Peachtree Street NE
Atlanta, GA 30309-3521
Email: mpeterson@kslaw.com

Carl A. Greci
Faegre Baker Daniels LLP
202 S. Michigan Street, Suite 1400
South Bend, IN  46601
Email:  carl.greci@faegrebd.com

Elizabeth S. Barnette
14000 Citicards Way
Jacksonville, FL  32258
Elizabeth.s.barnette@citi.com

/s/ Travis W. Cohron
Travis W. Cohron, No. 29562-20

**BARKER HANCOCK & COHRON**
198 South Ninth Street
Noblesville, IN 46060
Telephone: (317) 203-3000
tcohron@bhclegal.com