UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
Indianapolis Division

| | |
|---|---|
| ELISSA V. KAUPISCH, | ) |
|     *Plaintiff*, | ) |
| | ) |
|     v. | ) Cause No. 1:16-cv-02881-WTL-DKL |
| | ) |
| DEPARTMENT STORES NATIONAL BANK, | ) |
| and CITIBANK NORTH AMERICA, INC., | ) |
|     *Defendants*. | ) |

## ORDER DISMISSING DEFENDANTS DEPARTMENT STORES NATIONAL BANK AND CITIBANK NORTH AMERICA, INC.

Plaintiff, Elissa V. Kaupisch, by counsel and pursuant to Fed. R. Civ. P. 41(a)(2), has moved this court to dismiss Defendants Department Stores National Bank ("DSNB") and Citibank North America, Inc. ("Citibank") from this cause. The Court, being duly informed and finding said Motion made for good cause, now GRANTS said Motion.

IT IS, THEREFORE, ORDERED, ADJUDGED, AND DECREED by this Court that Plaintiff's claims against Defendants DSNB and Citibank are dismissed, with prejudice, each party to bear its own costs and fees. This shall conclude this matter in its entirety.

Date:  5/5/17

                                         _____
                                         Hon. William T. Lawrence, Judge
                                         United States District Court
                                         Southern District of Indiana

Distribution to all registered counsel by electronic notification via CM/ECF